NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**
*Appellee*

v.

**VIRNETX INC.,**
*Appellant*

2015-1934, -1935

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00237 and IPR2014-00238.

---

**APPLE INC.,**
*Appellee*

v.

**VIRNETX INC.,**
*Appellant*

2016-1211, -1213, -1279, -1281

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos.

IPR2014-00403, IPR2014-00404, IPR2014-00481, and IPR2014-00482.

---

# **O R D E R**

The above-captioned appeals appear to be related.

We consolidate 2016-1211, 2016-1213, 2016-1279, and 2016-1281, and thus one set of briefs should be filed for those four appeals.

Accordingly,

IT IS ORDERED THAT:

(1) Appeals 2016-1211, 2016-1213, 2016-1279, and 2016-1281 are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than February 1, 2016.

(2) The two sets of appeals in the above captions shall be considered companion cases and assigned to the same merits panel.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26