NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**VIRNETX INC.,**
*Appellant*

v.

**APPLE INC.,**
*Appellee*

2016-1211, -1213, -1279, -1281

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00403, IPR2014-00404, IPR2014-00481, and IPR2014-00482.

**ON MOTION**

Before MOORE, *Circuit Judge*.

**O R D E R**

Appellant VirnetX Inc. moves to stay the briefing schedule or oral argument in these consolidated appeals pending the Supreme Court's decision in *Cuozzo Speed Technologies, LLC v. Lee*, No. 15-446. Apple Inc. opposes the motion. VirnetX replies.

These consolidated appeals stem from four *inter partes* review proceedings before the Patent Trial and Appeal Board concerning a patent owned by Appellant. On appeal, Appellant intends to challenge the Board's application of the broadest reasonable interpretation ("BRI") standard in reaching its conclusion that the instituted claims are unpatentable.

Appellant argues that a stay is warranted because the outcome of this appeal could be directly impacted by the Supreme Court's decision in *Cuozzo*, in which the Court granted certiorari on the issue of whether the BRI standard is appropriate in *inter partes* review proceedings. Appellant argues a stay would conserve judicial and party resources while the appropriate standard for assessing claim construction in *inter partes* review is resolved.

Appellee argues that this court should proceed with briefing and argument in the normal course. Appellee asserts that Appellant's rationale for a stay would apply to every *inter partes* review proceeding and Appellant is seeking to delay this case for the sake of delay. Appellee further asserts that Appellant fails to explain why claim construction here would be different even if the Supreme Court adopts a different standard.

The power of this court to stay proceedings is incidental to our inherent power to control the disposition of cases on our docket. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Here, Appellant has not shown that a stay is warranted. Whether or not the court should invite supplemental briefing on *Cuozzo* is a matter for the discretion of the merits panel assigned to the case.

Accordingly,

IT IS ORDERED THAT:

The motion is denied. Appellant's opening brief is due within 30 days. No further extensions of time should be anticipated.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25